CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 06 2016 ★
LONG ISLAND OFFICE

KENNETH D ALLEN 188793
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES ✓   NO ____

-against-

Francis Rathgeber - Anthony Russo
Bridgett Boamer - Joseph N. Lomangino
James J Callen - J Zuri Sgt
Enter full names of defendants.
[Make sure those listed above are
identical to those listed in Part III.]

CV 16 2399

AZRACK, J.

LINDSAY, M.

Defendants.
-------------------------------------x

I. Previous Lawsuits:

   A. Have you begun other lawsuits in state or federal court
      dealing with the same facts involved in this action or
      otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below.
      (If there is more than one lawsuit, describe the additional lawsuits
      on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiffs: _____

         Defendants: _____

      2. Court (if federal court, name the district;
         if state court, name the county)
         (Suffolk County)

4. Name of the Judge to whom case was assigned: Hon. Timothy P. Mazzei JCC

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) (Still pending)

6. Approximate date of filing lawsuit: 5/1/2016 May 1 2016

7. Approximate date of disposition: _____

II. Place of Present Confinement: 110 Center Drive Riverhead NY 11901

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

   C. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: Lawsuit has no grievance procedure - Happened outside of corrections

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

   F. If your answer is YES,

      1. What steps did you take? Incident happened before incarceration

      2. What was the result? _____

III.  Parties:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  KENNETH D ALLEN

Address  15 HARRISON AVE APT# 34D Amityville NY 11701

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   FRANCIS RATHGEBER PID 34185 / DET.1392
                  30 YAPHANK AVE                    1st PCT
                  YAPHANK NY 11980                  Sector 109
                                                    Sqd #3420/1
                                                    T3

Defendant No. 2   Anthony Russo PID 40198  PO/5924
                  30 YAPHANK AVE                    Sqd #0120/1
                  YAPHANK NY 11980                  T2

Defendant No. 3   BRIDGETT DORMER PID 40578 - Shield 0741 - PO
                  30 YAPHANK AVE                              0310
                  YAPHANK NY 11980

Defendant No. 4   JOSEPH N LOMANGINO PID 40298 Shield 6001 PO 0120
                  30 YAPHANK AVE
                  YAPHANK NY 11980

Defendant No. 5   James J Callee Sgt 1210  120 T4    1st Pct
                  30 YAPHANK AVE
                  YAPHANK NY 11980

Defendant No. 6   J Zun Sgt 1233
                  [illegible]
                  [illegible] NY 11980


IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On September 29th aprox 2pm I left my girlfriends house 97 Harrison Ave Amityville driving to go to the nearest store. Aprox one minute driving down Harrison Ave I approach a red light at corner of Harrison and Rt 110 in Amityville. I notice a strange vehicle behind me and driver made a gester for me to pull over which I did immediately right in front of fire house on Rt 110 in Amityville. Two plain cloth undercover officers approached my vehicle and asked for license. I gave officer my license which was valid. Plain cloth officer asked if car belonged to me and where was I going. I replied yes car is mine and going to the store. He then asked do I have anything illegal in the car. I replied no. He then asked could he search. I replied no and why. He said do I have something to hide I stated not at all. Officer then opened my door and grabbed my neck and arm squezzing my neck he pulled me from car on driver side with force. I couldnt breathe other officer handcuffed me while other searched car and stated im only cuffed for their protection. After search

Continued next page

IV.A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Only busted lip Recieved only A&D ointment No medical treatment Recieved

V. Relief:

State what relief you are seeking if you prevail on your complaint.

I would Like defendants Relieved AND Terminated From employment for corruption AND unethicle conduct

Compensatory Damages 800,000

I declare under penalty of perjury that on __5-3-2016__, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __3rd__ day of __May__, 2016. I declare under penalty of perjury that the foregoing is true and correct.

(CASE # 1-2181-15
DOB 5-9-72

__Kenneth Allen__
Signature of Plaintiff

Docket # 2015-540 40527
540-40528
540-40529

__Suffolk County__
Name of Prison Facility

CC: Suffolk County Executive
H Lee Dennison Building
100 Veterans Mem Hwy #6
Hauppauge NY 11788

__110 Center Drive__
__Riverhead NY 11901__
Address

__188793__
Prisoner ID#

## Continued Statement of Claim

Nothing was found. Plain cloth officer put me in unmarked car and took me to precient, while other officer drove my car to precient. On the way there to precient I'm in front seat and being smacked repeatedly and questioned about local incidents I had no knowledge of. The officer also asked me about guns and drugs and if I had any information about a murder. Once at the precient my lip was busted I told both undercover officers I had no information and why was I there. One of them came from another room and had a tiny thing wrapped in black plastic and asked me what it was and it was found in my 3rd row of my vehicle. I told him that wasnt in my car period. One hour later im charged with possession and a sale from a month prior to the date of this event and violation. Not an official proceeding - unsure of undercovers names fire house Rt 110 and harrison ave corner was location video surveillance possibility 9-29-15 aprox 2pm. Felony complaint doesnt state official proceeding of traffic stop Unjustified use of force from vehicle - Illegal search and sezure no probable cause. Fabricated documents by defendants My civil rights were violated by being physically pulled by force with a hand around my neck from my vehicle and repeatedly smacked inside the unmarked car on way to precient. Fabricated documents used to manipulate Due process malisious procecution in relation to these allegations (John Scarglato - Assistant District Attorney (Narcotics Bureau) I sincerely thank you for your time and understanding in this matter.

Respectfully
*Kenneth Allen*
KENNETH Allen